IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TIMOTHY WADHAMS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1087

Opinion filed September 7, 2016.

An appeal from an order of the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Timothy Wadhams, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.